IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22CR00075-003FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| JOSEPH H. WADDELL, | ) ORDER TO UNSEAL |
| Defendant, | ) |
| v. | ) |
| EMPOWER RETIREMENT, LLC, | ) |
| Garnishee. | ) |

Upon motion of the United States, it is hereby ORDERED that the government's Application for Writ of Garnishment [D.E. 99], the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [D.E. 106, 106-1], and the Answer of Garnishee [D.E. 108] in the above-captioned case be unsealed.

This the 30th day of August, 2023.

_____
LOUISE W. FLANAGAN
United States District Court Judge